UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-05997 |
|---|---|---|
| Margarita Bord | ) | |
| Michael Melikhov | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion to Avoid Liens**

This cause coming to be heard on the Debtor's Motion to Avoid Liens, due notice having been given and the court being advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. The liens of Bank of America, N.A. (recorded as Document number 2210818035 with the Cook County Recorder of Deeds) and Discover Bank (recorded as Document number 2127807085 with the Cook County Recorder of Deeds) are avoided in its entirety as to the property located at 1680 Charles Dr., Wheeler, IL 60090.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: May 22, 2023

**Prepared by:**

David Freydin
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157